Form B6 - (6/90)                                                                   1998 USBC, Central District of California

# United States Bankruptcy Court
## Central District of California

In re  **Erik Hans Peterson**
       **Brandi Renee Peterson**                          Debtor.

Case No.: _____ (If known)

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 6,250.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 65,704.62 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 88,496.65 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 3,684.86 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 3,681.00 |
| Total Number of sheets in ALL Schedules | | 14 | | | |
| | | Total Assets | $ 6,250.00 | | |
| | | Total Liabilities | | $ 154,201.27 | |